**Order entered August 18, 2020**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01132-CR

**TONNIEL MARQUIS BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-11801-U**

### ORDER

Before the Court is appellant's August 17, 2020 second motion for an extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due on September 16, 2020.

/s/     BILL PEDERSEN, III
        JUSTICE